**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2518**

_____

MICHAEL B. DAVIS,

Plaintiff - Appellant,

versus

MARVIN RUNYON, Postmaster General, U.S. Postal
Service,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Lynchburg.  James C. Turk, District Judge.
(CA-96-40-L)

_____

Submitted:  February 12, 1998      Decided:  February 24, 1998

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael B. Davis, Appellant Pro Se.  Alice Lucille Covington,
UNITED STATES POSTAL SERVICE, Washington, D.C.; Alonzo Harrison
Long, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Appellant's motion to authorize a transcript at the government's expense. <u>Davis v. Runyon</u>, No. CA-96-40-L (W.D. Va. Oct. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>